John A. Vogt, Bar No. 198677
javogt@jonesday.com
Cheryl L. O'Connor, Bar No. 173897
coconnor@jonesday.com
Ryan D. Ball, Bar No. 321772
rball@jonesday.com
Matthew T. Billeci, Bar No. 329014
mbilleci@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendants
EXPERIAN DATA CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., EXPERIAN PLC, and TAPAD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL GILLIGAN and LOGAN MITCHELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN DATA CORPORATION, EXPERIAN PLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TAPAD, INC.,<br><br>Defendants. | Case No. 3:25-cv-02873-RFL<br><br>**DEFENDANTS EXPERIAN DATA CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., EXPERIAN PLC, AND TAPAD, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**<br><br>Date: September 16, 2025<br>Time: 10:00 a.m.<br>Courtroom: 15 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants Experian Data Corporation, Experian Information Solutions, Inc., Experian PLC, and Tapad, Inc. (collectively, "Experian") will, and hereby does, move to dismiss Plaintiffs Ariel Gilligan and Logan Mitchell's, individually and on behalf of all others similarly situated, claims with prejudice for lack of Article III standing pursuant to Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). This Motion will be heard on September 16, 2025, at 10:00 a.m., in the courtroom of the Honorable Rita F. Lin, located at San Francisco Courthouse, Courtroom 15, 18th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all of the papers on file in this action, and any other such evidence and argument that may be presented to the Court prior to its ruling on the Motion.

Dated: July 11, 2025

JONES DAY

By: */s/ John A. Vogt*
John A. Vogt

Attorneys for Defendants
EXPERIAN DATA CORPORATION,
EXPERIAN INFORMATION SOLUTIONS,
INC., EXPERIAN PLC, and TAPAD, INC.