JONES DAY
John A. Vogt, Bar No. 198677
javogt@jonesday.com
Cheryl L. O'Connor, Bar No. 173897
coconnor@jonesday.com
Ryan D. Ball, Bar No. 321772
rball@jonesday.com
Matthew T. Billeci, Bar No. 329014
mbilleci@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, California 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendants
EXPERIAN DATA CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., EXPERIAN PLC, and TAPAD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARIEL GILLIGAN and LOGAN MITCHELL, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

EXPERIAN DATA CORPORATION, EXPERIAN PLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TAPAD, INC.,

Defendants.

Case No. 3:25-cv-02873-RFL

[Assigned to the Honorable Rita F. Lin – Courtroom 15]

**JOINT STIPULATION FOR HEARING ON EXPERIAN DATA CORPORATION, EXPERIAN PLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TAPAD, INC.'S MOTION TO DISMISS VIA ZOOM VIDEO**

Date Action Filed: March 27, 2025

**TO THE HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by Defendants Experian Data Corporation, Experian Information Solutions, Inc., Experian PLC, and Tapad, Inc. (collectively, "Experian") and Plaintiffs Ariel Gilligan and Logan Mitchell ("Plaintiff") by and through their undersigned counsel, as follows:

1. Experian filed a motion to dismiss on July 11, 2025. ECF No. 26.

2. Plaintiffs filed their opposition on July 25, 2025, ECF No. 32, and Experian filed its reply on August 8, 2025. ECF No. 36.

3. Experian's motion to dismiss is presently set for hearing on October 14, 2025. ECF No. 39.

4. Pursuant to Judge Lin's Civil Case Standing Order, the parties have conferred and hereby stipulate to have the hearing on Experian's motion to dismiss be held via Zoom video.

5. Good cause exists to grant the parties' stipulation given that counsel for the parties reside outside of the Northern District of California. Counsel for Experian are located in Southern California, and the majority of counsel for Plaintiffs are located in New York.

6. The parties respectfully believe that they can fulfill their duties via videoconference and that holding the hearing via Zoom video will not prejudice the parties or unduly delay the proceedings.

Accordingly, the parties respectfully request an order granting this stipulation and ordering that the parties may appear via zoom video for Experian's motion to dismiss scheduled for October 14, 2025.

Dated: October 6, 2025

JONES DAY

By: */s/ John A. Vogt*
John A. Vogt

Attorneys for Defendants
EXPERIAN DATA CORPORATION,
EXPERIAN INFORMATION SOLUTIONS,
INC., EXPERIAN PLC, and TAPAD, INC.

Dated: October 6, 2025

BURSOR & FISHER, P.A.

By: */s/ Philip L. Fraietta*
Philip L. Fraietta

Attorneys for Plaintiffs
MARIA LOPEZ, ARIEL GILLIGAN,
KIRSTIE SEMIEN, LOGAN MITCHELL, and
MICHAEL SELBY

**ECF CERTIFICATION**

I, John A. Vogt, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed on October 6, 2025, at Irvine, California.

*/s/ John A. Vogt*
John A. Vogt