UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARIEL GILLIGAN and LOGAN MITCHELL, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

EXPERIAN DATA CORPORATION, EXPERIAN PLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TAPAD, INC.,

Defendants.

Case No. 3:25-cv-02873-RFL

[Assigned to the Honorable Rita F. Lin – Courtroom 15]

**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR HEARING ON EXPERIAN DATA CORPORATION, EXPERIAN PLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TAPAD, INC.'S MOTION TO DISMISS VIA ZOOM VIDEO AS MODIFIED**

Date Action Filed: March 27, 2025

**[~~PROPOSED~~] ORDER**

Having reviewed Defendants Experian Data Corporation, Experian Information Solutions, Inc.'s, Experian PLC, and Tapad Inc. ("Experian") and Plaintiffs Ariel Gilligan and Logan Mitchell 's Stipulation for the Hearing on Experian's Motion to Dismiss to be held via Zoom video, and good cause appearing, IT IS HEREBY ORDERED that counsel for Experian and Plaintiffs may appear via Zoom video for the hearing on Experian's motion to dismiss. **The hearing is reset to October 14, 2025 at 1:30 p.m. via Zoom.**

**IT IS SO ORDERED.**

Dated: ___October 7, 2025__

______________________________
Honorable Rita F. Lin
United States District Judge