John A. Vogt, Bar No. 198677
javogt@jonesday.com
Cheryl L. O'Connor, Bar No. 173897
coconnor@jonesday.com
Ryan D. Ball, Bar No. 321772
rball@jonesday.com
Matthew T. Billeci, Bar No. 329014
mbilleci@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendants
EXPERIAN DATA CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., EXPERIAN PLC, and TAPAD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL GILLIGAN and LOGAN MITCHELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN DATA CORPORATION, EXPERIAN PLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TAPAD, INC.,<br><br>Defendants. | Case No. 3:25-cv-02873-RFL<br><br>**DEFENDANTS EXPERIAN DATA CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., EXPERIAN PLC, AND TAPAD, INC.'S NOTICE OF MOTION AND MOTION TO STAY PENDING RESOLUTION OF ARBITRATION**<br><br>Date: January 6, 2026<br>Time: 10:00 a.m.<br>Courtroom: 15 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants Experian Data Corporation, Experian Information Solutions, Inc., Experian PLC, and Tapad, Inc. (collectively, "Experian") will, and hereby does, move this Court for an Order staying the claims of Plaintiffs Ariel Gilligan and Logan Mitchell pending completion of the arbitration proceedings of the named-plaintiffs in the related matter *Zhen et al v. Experian Data Corporation et al*, 3:25-cv-00948 (N.D. Cal.). This Motion will be heard on January 6, 2026, at 10:00 a.m., in the courtroom of the Honorable Rita F. Lin, located at San Francisco Courthouse, Courtroom 15, 18th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all of the papers on file in this action, and any other such evidence and argument that may be presented to the Court prior to its ruling on the Motion.

Dated: October 28, 2025

JONES DAY

By: */s/ John A. Vogt*
John A. Vogt

Attorneys for Defendants
EXPERIAN DATA CORPORATION,
EXPERIAN INFORMATION SOLUTIONS,
INC., EXPERIAN PLC, and TAPAD, INC.