**BURSOR & FISHER, P.A.**
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ARIEL GILLIGAN and LOGAN MITCHELL, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

EXPERIAN DATA CORPORATION, EXPERIAN PLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TAPAD, INC.,

Defendants.

Case No. 3:25-cv-02873-RFL

**PLAINTIFFS' NOTICE OF ERRATA**

Date: January 6, 2026
Time: 10:00 a.m.
Ctrm: 15, 18th Floor
Judge: Hon. Rita F. Lin

Plaintiffs Ariel Gilligan and Logan Mitchell ("Plaintiffs") respectfully submit this Notice of Errata Regarding Their Opposition to Defendants' Motion to Stay Pending Resolution of Arbitration (ECF No. 45).

In their Opposition, Plaintiffs stated that "[t]he arbitrability of the Zhen Plaintiffs' claims will be heard by the arbitrator on January 6, 2026." Opp. at 5 n.3 (citing Fraietta Decl. ¶ 4). That is the date for the hearing on the Motion before this Court. The arbitrator in the *Zhen* arbitrations has not yet set a hearing date. However, briefing on arbitrability will conclude on December 26, 2025.

Plaintiffs' counsel apologies for this mistake.

Dated: November 13, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Philip L. Fraietta*

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jwilner@bursor.com

*Attorneys for Plaintiffs*