**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related has been filed. As the judge assigned to case:

25-cv-02873-RFL

*Gilligan v. Experian Data Corporation*

I find that the more recently filed case that I have initialed below is not related to the case assigned to me, and such case shall not be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 26-cv-01528-KAW | Yee v. Snap, Inc. | | X |

**IT IS SO ORDERED**

Dated: February 24, 2026

By: ______________________

Rita F. Lin
United States District Judge