JOHN A. VOGT (SBN 198677)
javogt@goodwinlaw.com
RYAN D. BALL (SBN 321772)
rball@goodwinlaw.com
MATTHEW T. BILLECI (SBN 329014)
mbilleci@goodwinlaw.com
**GOODWIN PROCTER LLP**
660 Newport Center Drive
Suite 450, 4th Floor
Newport Beach, California 92660
Tel. +1 949 743 3400
Fax: +1 949 743 3485

Attorneys for Defendants
EXPERIAN DATA CORPORATION,
EXPERIAN PLC, EXPERIAN INFORMATION
SOLUTIONS, INC. AND TAPAD, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOGAN MITCHELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN DATA CORPORATION, EXPERIAN PLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TAPAD, INC.,<br><br>Defendants. | Case No. 3:25-cv-02873-RFL<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER** |

In consideration of the arguments and submissions in connection with the Parties' Joint Motion to Modify Scheduling Order, and good cause appearing therefore, the Motion is **GRANTED**. Accordingly, IT IS HEREBY ORDERED that the Scheduling Order is Modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Joint Letter Identifying Name of Mediator | March 5, 2027 | Same |
| Plaintiffs' Class Certification Expert Disclosures | March 22, 2027 | September 22, 2027 |
| Defendant's Class Certification Expert Disclosures | April 21, 2027 | October 21, 2027 |
| Private ADR Deadline | May 14, 2027 | Same |
| Motion for Class Certification | June 4, 2027 | December 3, 2027 |
| Opposition to Motion for Class Certification | July 9, 2027 | January 10, 2028 |
| Class Certification Reply | August 6, 2027 | February 7, 2028 |
| Class Certification Motion Hearing | August 10, 2027 at 10:00 AM | February 15, 2028 at 10:00 AM |

Dated: September 21, 2026

THE HONORABLE RITA F. LIN
U.S. District Judge